JOSEPH FERRIS, as Administrator of the Estate of ELMER FERRIS, Respondent, *v.* SARAH E. STERLING, as Executrix of FREDERICK O. STERLING, Deceased, Appellant.

*Ferris* v. *Sterling*, 171 App. Div. 975, affirmed.
(Argued January 24, 1917; decided February 9, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 11, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant. Plaintiff's intestate died from injuries received in a collision between a motorcycle on which he was riding and an automobile belonging to Frederick O. Sterling, defendant's testator, and negligently operated by a servant of said Sterling, while engaged in his master's business. The answer denies that the ownership of the automobile was in Frederick O. Sterling; that it was being operated in his business; that the accident was caused by the negligence of the servant, and sets up the affirmative defense that the accident was caused by the negligence of plaintiff's intestate.

*Oliver D. Burden* for appellant.

*Jerome L. Cheney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and CRANE, JJ.